UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANN MARIE MOGENHAN, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 98-0817 |
| | ) (RWR/DAR) |
| v. | ) |
| | ) |
| JOHN W. SNOW, SECRETARY, | ) |
| U.S. DEPARTMENT OF THE TREASURY | ) |
| | ) |

## **STIPULATED ORDER**

This is an action in which Plaintiff alleges that she was subjected to sex discrimination and retaliation in violation of the Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, <u>et seq</u>. Plaintiff sought production of a criminal investigatory file pertaining to CR 96-0084 (RMU) which contains prosecutorial work product and information gathered pursuant to subpoenas issued by a grand jury. In order to permit the parties to discover information relevant to this case without disclosing confidential information and undermining the purposes underlying the Federal Rule of Criminal Procedure 6(e), and pursuant to Rule 26 of the Federal Rules of Civil Procedure, the parties agree and it is hereby:

ORDERED, that defense counsel will produce, subject to the protective order previously entered, plaintiff's work records including weekly time sheets, Plaintiff's Forms W-2 and W-4, Baltimore Orioles game employee hire reports, and employment

verification forms which are contained in the investigatory file and which are relevant to the instant civil case. Defendant agrees to serve these documents on the plaintiff by first class U.S. mail no later than three business days following receipt of a copy of the Stipulation signed by the Court. The parties agree that the remaining items including prosecutorial work product and other materials related to the grand jury proceedings and criminal prosecution shall not be produced.

                                      Respectfully submitted,

_____
Morris E. Fischer, Esq.
104 Church Lane
Suite 201
Baltimore, MD 21208
(410) 653-9060

Counsel for Plaintiff

_____
ROSCOE C. HOWARD
D.C. Bar No. 358637
United States Attorney

_____
MARK E. NAGLE
D.C. Bar No. 416364
Assistant United States Attorney

_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth Street, N.W. - 10TH Floor
Washington, D.C. 20530
(202) 307-2332

Counsel for Defendant

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

Date: