**SPEED HEADACHE ASSOCIATES, P.A.**
*Headache Consultants*
11 East Chase Street
Baltimore, Maryland 21202
Office (301) 727-1615
Home (301) 433-4240

NAME: Ann Marie Mosenthan
YEAR: 1993

| BEGINNING DATE EACH WEEK | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. |
|---|---|---|---|---|---|---|---|
| 6/27 | | X 1Plus enfuinne → eye problems | ⊗ eye problems | ⊗ eye problems | | | |
| 7/5 | | | | | | | |
| 7/12 | | | | | | | |
| 7/19 | | | | | | | |
| 7/26 | | | | | | | |
| 8/2 | M | M | M | M | O* ↑ 1P | X M 1P | |
| 8/9 | ●* ↑ | ●* ↑ | ●* ↑ | ●* ↑ | X 1P | X ↑1/2 | ●↑ 1P |
| 8/16 | | | | | O ↓ | M | |
| 8/23 | | | ⊗ ↑ 1P | | | M | |
| 8/30 | | | | | | | |
| 9/6 | M | M | | | | · | |
| 9/13 | | | | | | | |
| 9/20 | | | | | | X↑ 1/2 I | ●↑ |

**KEY FOR HEADACHE INTENSITY**
⊗ = Severe incapacitating headache
X = Severe headache (not incapacitating)
● = Moderate headache
O = Mild or annoying headache

**KEY FOR HEADACHE DURATION**
↔ = More than 1 day
↑ = 8 hours to 1 day
↑ = 4 to 8 hours
↑ = 1 to 4 hours
↓ = Less than 1 hour
M = Menstrual days

**HEADACHE MEDICATIONS** (Taken daily whether or not headache is present) **DO NOT** symbolize or list in headache box.
Please list below name, strength of tablet and how you are taking it:

P = Phenergan
I = Imitrex

*air conditioner broken in office

MEDICATIONS (those used when headache is present; identify single letter symbol). When medication is used, these symbols are placed in headache box and a number after them to identify how many pills you took.

NAME: ANN MARIE MOCEJHA(N)
YEAR: 1993

(LL)

# SPEED HEADACHE ASSOCIATES, P.A.
*Headache Consultants*
11 East Chase Street
Baltimore, Maryland 21202
Office (301) 727-1615
Home (301) 433-4240

| BEGINNING DATE EACH WEEK | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. |
|---|---|---|---|---|---|---|---|
| 9/27 | M | M | M | | ● ↓ 1P X ↓ ½ I | | |
| 10/4 | M | | M | M | | ● ↑ | |
| 10/11 | ● ↑ 1P | | | | | | |
| 10/18 | ● ↑ 1P IT | ● ↑ 1P IT | | M ← | 2P X ← stomach virus M ← | M | |
| 10/25 | ● ↑ 1P IT ← stomach virus | ● ↑ 1P IT ← stomach virus | ● 1P IT → | | | | |
| 11/1 | ← 2P stomach virus ← | | ● IT 1P stomach virus ← | | | | |
| 11/8 | | | | | | | |
| 11/15 | | | | O ↑ 1P M | ● ↑ 1P O ↑ 1P M | M | |
| 11/22 | M | | | | | M | |
| 11/29 | | | | | | | |
| 12/6 | | | | ⊗ 2P | | | ● ↑ 2P |
| 12/13 | O ↑ | | | ⊗ X 1P ↑ M | | | |
| 12/20 | M | | | | | | |

**MEDICATIONS** (those used only when headache is present; identify single letter symbol). When medication is used, these symbols are placed in headache box and a number after them to identify how many pills you took.

## KEY FOR HEADACHE INTENSITY
⊗ = Severe incapacitating headache
X = Severe headache (not incapacitating)
● = Moderate headache
O = Mild or annoying headache

## KEY FOR HEADACHE DURATION
→ = More than 1 day
↑ = 8 hours to 1 day
↑ = 4 to 8 hours
↓ = 1 to 4 hours
↓ = Less than 1 hour
M = Menstrual days

## HEADACHE MEDICATIONS (Take daily whether or not headache is present)
**DO NOT** symbolize or list in headache box.
Please list below name, strength of table and how you are taking it:

F = FULL SHOT / Stomach view
T = TYLENOL
P = PHENERGAN 25 mg
I = IMITREX

**SPEED HEADACHE ASSOCIATES, P.A.**
*Headache Consultants*
11 East Chase Street
Baltimore, Maryland 21202
Office (301) 727-1615
Home (301) 433-4240

NAME: ANN MARIE MOGENHAN
YEAR: 1993

(73)

| BEGINNING DATE EACH WEEK | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. |
|---|---|---|---|---|---|---|---|
| 12/28 | | | | | | | |
| 1/4 | | | | | ×↑↓ | ↓× | |
| 1/11 | | | | | | ⟲ | |
| 1/18 | | ↑● | ●↑ | ↑● | | | |
| 1/25 | | | | | | Ⓧ M ↑ 2B | ● |
| 2/1 | ⓧ↑ 2B ↓× | ↓↑× | ×↑ O | ●↑ ½P ↑ | × ×↑ ↑P | ⓧ ↑M ↓ ● | ↑● |
| 2/8 | ⓧ→ M↑ | ⓧ→ JAS Funeral(?) | ● ½P | ● ½P | ⓧ ½P ↑M ↓ | ● 1B → | |
| 2/15 | ×↑ | ×↑ 1B ↑ | ×↑ ½P | ×↑ ↑ 1B → | ↑ 1B M → | ● 1P | |
| 2/22 | ×↑ | ×↑ → | ×↑ | ×↑ | ×↑ → | ×↑ → ⓧ 2B 2P | STOMACH VIRUS |
| 3/1 | ↑● | ↑● | ↑● | | | | |
| 3/8 | ↑● | ↑● | | | | | |
| 3/15 | | | | | | | |
| 3/22 | | | | | | | |

**KEY FOR HEADACHE INTENSITY**
- ⓧ = Severe incapacitating headache
- × = Severe headache (not incapacitating)
- ● = Moderate headache
- ○ = Mild or annoying headache

**KEY FOR HEADACHE DURATION**
- ↔ = More than 1 day
- ↑ = 8 hours to 1 day
- ↑ = 4 to 8 hours
- ↑ = 1 to 4 hours
- ↓ = Less than 1 hour
- M = Menstrual days

**HEADACHE MEDICATIONS** (Taken daily whether or not headache is present)
**DO NOT** symbolize or list in headache box.
Please list below name, strength of tablet and how you are taking it:
P = PHENERGAN

**MEDICATIONS** (those used or when headache is present; identify by single letter symbol). When medication is used, these symbols are placed in headache box and a number after them to identify how many pills you took.

**SPEED HEADACHE ASSOCIATES, P.A.**
*Headache Consultants*
11 East Chase Street
Baltimore, Maryland 21202
Office (301) 727-1615
Home (301) 433-4240

NAME: Ann Marie McGeeshon
YEAR: 1993

(74)

| BEGINNING DATE EACH WEEK | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. |
|---|---|---|---|---|---|---|---|
| 3/29 | | | | | | | |
| 4/5 | X → 1P | Stomach virus ← | ← | ⊗ 2P ← ● 1P ← | ● 1P | | |
| 4/12 | | Stomach virus ← | X ← | X ← | ● | | |
| 4/19 | M | | X | ⊗ 2P ← | → Sore throat/head cold | M | M |
| 4/26 | ● → 1P | | ● | ● → | ○ → | | |
| 5/3 | Stomach virus | | | | | Stomach virus | |
| 5/10 | | | chlordiazepoxide (Lib/Clib) | C LASS | | | |
| 5/17 | | ○ | | X 2P ← M | ● ½P ← ● M | 1P 2X | M |
| 5/24 | | | | C LASS | | | |
| 5/31 | | ○ ← ½P O ½P → | O ← ½P O ½P → X | | | | |
| 6/7 | | | | | | | |
| 6/13 | | | | | | | |
| 6/20 | | | | | | | |

**KEY FOR HEADACHE INTENSITY**
⊗ = Severe incapacitating headache
X = Severe headache (not incapacitating)
● = Moderate headache
○ = Mild or annoying headache

**KEY FOR HEADACHE DURATION**
↔ = More than 1 day
↑ = 8 hours to 1 day
↕ = 4 to 8 hours
↓ = 1 to 4 hours
→ = Less than 1 hour

M = Menstrual days

**HEADACHE MEDICATIONS** (Taken daily whether or not headache is present) **DO NOT** symbolize or list in headache box.
Please list below name, strength of tablet and how you are taking it:

**MEDICATIONS** (those used only when headache is present; identify by single letter symbol). When medication is used, these symbols are placed in headache box and a number after them to identify how many pills you took.

**SPEED HEADACHE ASSOCIATES, P.A.**
*Headache Consultants*
11 East Chase Street
Baltimore, Maryland 21202
Office (301) 727-1615
Home (301) 433-4240

NAME: ANN MORGENTHAL
YEAR: 1992

| BEGINNING DATE EACH WEEK | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. |
|---|---|---|---|---|---|---|---|
| 9/28 | | | | | ⊙ | | |
| 10/5 | ● ↑ 2B | ● ↑ | ● | | | | |
| 10/12 | | | ⊗ | ↑ From DM Leautus (?) | | | |
| 10/19 | | | | O ↑ | X ↑ 2B | O ↑ 2B | ←O 2B |
| 10/26 | | | | M | M | O | O ↑ |
| 11/2 | | | | | | ⊙ | ⊙ |
| 11/9 | | | | | ● ↓ 2B | X ↑ | |
| 11/16 | M | X ↑ M ↓ 2B | X ↑ M ↓ 2B | M | | | M |
| 11/23 | ⊗ ↑ 4B | | | | | | |
| 11/30 | | | | ● ↓ 1B | | | O afternoon O ↑ 2B |
| 12/7 | | | | | | | |
| 12/14 | ⊗ ↑ 5B | Random Drug Test Poustel Tylenol-Benadryl M M | | X ↑ 2B | | | |
| 12/21 | | | | | | | |

**MEDICATIONS** (those used daily when headache is present; identify by single letter symbol). When medication is used, these symbols are placed in headache box and a number after them to identify how many pills you took.

**KEY FOR HEADACHE INTENSITY**
⊗ = Severe Incapacitating headache
X = Severe headache (not Incapacitating)
● = Moderate headache
O = Mild or annoying headache

**KEY FOR HEADACHE DURATION**
→ = More than 1 day
↑ = 8 hours to 1 day
↑ = 4 to 8 hours
↑ = 1 to 4 hours
↓ = Less than 1 hour
M = Menstrual days

**HEADACHE MEDICATIONS** (Taken daily whether or not headache is present) **DO NOT** symbolize or list in headache box.
Please list below name, strength of tablet and how you are taking it:

SPEED HEADACHE ASSOCIATES, P.A.
Headache Consultants
11 East Chase Street
Baltimore, Maryland 21202
Office (301) 727-1615
Home (301) 433-4240

**NAME:** ANN MARIE MOGENHAN
**YEAR:** 1993

(1L)

| BEGINNING DATE EACH WEEK | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. |
|---|---|---|---|---|---|---|---|
| 12/28 | | | | | | | |
| 1/4 | | | | | | | |
| 1/11 | X→ | ●→ | →● | X↑ | X↑ X↓ | | |
| 1/18 | X→ | ●→ | →● | ↑● | | | |
| 1/25 | Ⓧ→ M ↑2B | Ⓧ→ | X← X ½P → | Ⓧ ½P → | Ⓧ ½P ↑ | X M ↑ Ⓧ 2B | Ⓧ ↑ 2B ●→ |
| 2/1 | ↕ | ↕ X↓ | ←O | X ½P × | ● X↑ | ● ↑↓ | ●→ |
| 2/8 | | | | | | | |
| 2/15 | | | | | | | |
| 2/22 | X→ ←18 | X→ ←18 JAS FUNESS | X→ 18 | ●→ 18 | Ⓧ 18 ↑ ½P M↑ | ½P × ↑-P M→ | |
| 3/1 | X→ | X→ | X→ | X→ | O | | |
| 3/8 | ●→ | ●→ | | | | | |

MEDICATIONS (those used when headache is present; identify single letter symbol). When medication is used, these symbols are placed in the headache box and a number after the headache box to identify how many pills you took.

**KEY FOR HEADACHE INTENSITY**
Ⓧ = Severe incapacitating headache
X = Severe headache (not incapacitating)
● = Moderate headache
O = Mild or annoying headache

**KEY FOR HEADACHE DURATION**
↔ = More than 1 day
↑ = 8 hours to 1 day
↑ = 4 to 8 hours
↑ = 1 to 4 hours
→ = Less than 1 hour
M = Menstrual days

**HEADACHE MEDICATIONS** (Take daily whether or not headache is present. DO NOT symbolize or list in headache box.
Please list below name, strength of tab, and how you are taking it:

P = PHENERGAN

**SPEED HEADACHE ASSOCIATES, P.A.**
*Headache Consultants*
11 East Chase Street
Baltimore, Maryland 21202
Office (301) 727-1615
Home (301) 433-4240

NAME: Ann Marie Morgenthau
YEAR: 1992

(09)

| BEGINNING DATE EACH WEEK | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. |
|---|---|---|---|---|---|---|---|
| 12/30 | ●↓← | O↓← ⊗↓ 2B | ⊗↓ 2Th | | | | |
| 1/6 | O↓ | ↓O MSG ↑ | ● ↑ 2Th ↑ | | | | |
| 1/13 | M | ⊗↓ 18 ↑ | ⊗ 18 ↑ BAGEL | M ↑ | M | M | |
| 1/20 | | ● ← | ● ↓ ⊗ 18 → | ● ↑ | | | |
| 1/27 | | | X ↓ 18 | ● ↑ IT | X 18 IT | ⊗ ↓ ↑ M | ● ← ↑ |
| 2/3 | M | | | | * | * | |
| 2/10 | | | | | M | | |
| 2/17 | | ● ← | | | | | |
| 2/24 | M | M | | | M | ● ↑ 3T M | ● ↑ 3T ← |
| 3/2 | ● ← → | ● ← | | ● ↑ ← | ● ← | | |
| 3/9 | ● → | O ↓ ↑ | O ↑ -- | ● ↑ ↑ | ● ← | | |
| 3/16 | M | M | M | M | M | | |
| 3/23 | | | | | | | |

**KEY FOR HEADACHE INTENSITY**
⊗ = Severe Incapacitating headache
X = Severe headache (not incapacitating)
● = Moderate headache
O = Mild or annoying headache

**KEY FOR HEADACHE DURATION**
↔ = More than 1 day
↑ = 8 hours to 1 day
↑ = 4 to 8 hours
↓ = 1 to 4 hours
↓ = Less than 1 hour
M = Menstrual days
V = virus

**HEADACHE MEDICATIONS** (Taken daily whether or not headache is present) **DO NOT** symbolize or list in headache box.
Please list below name, strength of tablet and how you are taking it:

* = BREAKOUT

**MEDICATIONS** (those used only when headache is present; identify by a single letter symbol). When medication is used, these symbols are placed in headache box and a number after them to identify how many pills you took.

**SPEED HEADACHE ASSOCIATES, P.A.**
*Headache Consultants*
11 East Chase Street
Baltimore, Maryland 21202
Office (301) 727-1615
Home (301) 433-4240

NAME: ANN MARIE MOGENHAN
YEAR: 1992

(19)

| BEGINNING DATE EACH WEEK | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. |
|---|---|---|---|---|---|---|---|
| 3/3. | | | | | | | |
| 4/6 | | X ↑ 2B | ● ↑ | ● ↑ | ● ↑ | X ↑ | ● ↑ M |
| 4/13 | M ↑ | ● ↗ | | X M ↑ | M | ● M ↑ | ● M ↑ |
| 4/20 | ● ← | ● ↑ X | ● ↑ M | | ⊗ ↑ 2B | ⊗ ↑ 2B | ↓ O |
| 4/27 | | | | | | | |
| 5/4 | ● ↓ 2B | ● ↑ 1B ↓ | ● ↓ M O ↓ | | | | |
| 5/11 | | M O ↑ 1B ↓ | M O ↑ ↓ | | | ● ↑ 1B 1T | |
| 5/18 | | | | ● ↑ | | | — |
| 5/25 | M | | | | M | | |
| 6/1 | ● ↑ 2B ↓ | ● ↓ ↗ | ● ↑ M ↓ ↗ | ↑ C ↓ | M C ↓ ↗ | X ↑ 1T ↓ 2B ↗ | ⊗ 1T ↓ 2B ↑ |
| 6/8 | M | ↓ ● ↗ | STOP CIPRO | START CIPRO ↗ C ↓ | STOP CIPRO START MOTRIN ↓ | ↑ C ↓ | M ↑ C ↓ |
| 6/15 | ● C ↑ ↓ | STOP CIPRO C ↗ ↓ | | ⊗ ↓ ● 1B 10a ↑ diarrhea ↗ ↓ | ⊗ STOP augmentin ↗ ↓ | | |
| 6/22 | | | | | | | |

**KEY FOR HEADACHE INTENSITY**
⊗ = Severe incapacitating headache
X = Severe headache (not incapacitating)
● = Moderate headache
O = Mild or annoying headache

**KEY FOR HEADACHE DURATION**
↔ = More than 1 day
↑ = 8 hours to 1 day
↕ = 4 to 8 hours
↓ = 1 to 4 hours
→ = Less than 1 hour

M = Menstrual days

**HEADACHE MEDICATIONS** (Taken daily whether or not headache is present)
**DO NOT** symbolize or list in headache box.
Please list below name, strength of tablet and how you are taking it:

C — CIPRO
C — CIPRO — STOMACH VIRUS

**MEDICATIONS** (those used only when headache is present; identify by 1 single letter symbol). When medication is used, these symbols are placed in headache box and a number after them to identify how many pills you took.

(29)

**NAME:** ANN MCGENHAN
**YEAR:** 1992

## SPEED HEADACHE ASSOCIATES, P.A.
*Headache Consultants*
11 East Chase Street
Baltimore, Maryland 21202
Office (301) 727-1615
Home (301) 433-4240

| BEGINNING DATE EACH WEEK | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. |
|---|---|---|---|---|---|---|---|
| 6/29 | | | | | ● M ↑ | | |
| 7/6 | M | M | M | M | | M | |
| 7/13 | O R? ↓ | O R? ↓ | ● R? ↓ | ● R↑ | ● 18 R↑ | | R? O ↑ |
| 7/20 | | | | | | | |
| 7/27 | | | ⊗ ↑26 | | | | |
| 8/3 | ⊗↕ ↔ ↓ | ↑ ⊗↔ ↓ | ● ↑ J18 IT | | ● ↑18 ↓ | | ⊗↔ ↓29 |
| 8/10 | | | X ↑ 18↔ ↓ | X ↑ → | X↓↑ ↓↓↓ | ● ↔ M X↑↓ X | |
| 8/17 | M ● | | | ● ↓ | ● ↔ | | |
| 8/24 | ● 3 | O 3 | | | | | |
| 8/31 | | | | | | | |
| 9/7 | | | | | | | |
| 9/14 | | | | | | | |
| 9/21 | | | | | | | |

### KEY FOR HEADACHE INTENSITY
- ⊗ = Severe incapacitating headache
- X = Severe headache (not incapacitating)
- ● = Moderate headache
- O = Mild or annoying headache

### KEY FOR HEADACHE DURATION
- ↔ = More than 1 day
- ↑ = 8 hours to 1 day
- ← = 4 to 8 hours
- ↓ = 1 to 4 hours
- ↳ = Less than 1 hour
- M = Menstrual days

**HEADACHE MEDICATIONS** (Taken daily whether or not headache is present).
**DO NOT** symbolize or list in headache box.
Please list below name, strength of tablet and how you are taking it:

↓↓↓ R. Paid?
) headache
H ad n
get minutes

**MEDICATIONS** (those used only when headache is present; identify by a single letter symbol). When medication is used, these symbols are placed in headache box and a number after them to identify how many pills you took.

# SPEED HEADACHE ASSOCIATES, P.A.
*Headache Consultants*
11 East Chase Street
Baltimore, Maryland 21202
Office (301) 727-1615
Home (301) 433-4240

**NAME:** Ann Mogenhan
**YEAR:** 1991

| BEGINNING DATE EACH WEEK | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. |
|---|---|---|---|---|---|---|---|
| 9/30 | M | M | X↑ M→ | X→ | O← M↗ | O← M↗ | O← M↗ |
| 10/7 | M | M | ●↑ M→ | ⊗↑→ | X↗ | X↗ | ↑X |
| 10/14 | ● ← | ● ← | ● ← | ⊗↑ | O← | ● | |
| 10/21 | ● | ● ← | ● ↑ | ✕ ← | ⊗↑ M← | ↑× | |
| 10/28 | ← ↑ ↕ | ↑ | O← M 2B | ← ↑ ↓ | ↓ ← ● | | |
| 11/4 | ⊗ | X 1B | ●→ M 2B | ⊗↗ M→ | M→ ● | ○↑ × | ↑● |
| 11/11 | ↑ | ↑ | ↑ | ✕→ | | ○ | |
| 11/18 | | | | | | | |
| 11/25 | ●↑ 2B ← | | ●↓ 2B * | ●↑ M 1B | ○↓ 2B | ● ○ | |
| 12/2 | | M | | | | M | M× |
| 12/9 | | | ● ↙ | X ← | | | |
| 12/16 | | ●↑ 1B | ● ↓ | | | | |
| 12/23 | | ●→ 1B | | ↓O | | | |

## KEY FOR HEADACHE INTENSITY
- ⊗ = Severe incapacitating headache
- X = Severe headache (not incapacitating)
- ● = Moderate headache
- O = Mild or annoying headache

## KEY FOR HEADACHE DURATION
- ↔ = More than 1 day
- ↑ = 8 hours to 1 day
- → = 4 to 8 hours
- ↓ = 1 to 4 hours
- ← = Less than 1 hour
- M = Menstrual days

**MEDICATIONS** (those used daily when headache is present; identify by single letter symbol). When medication is used, these symbols are placed in headache box and a number after them to identify how many pills you took.

**HEADACHE MEDICATIONS** (Taken daily whether or not headache is present) DO NOT symbolize or list in headache box.
Please list below name, strength of tablet and how you are taking it:

10/9 Bio Feed Back Started
11/5 Stopped Pamelor
11/7 chronic Tenormin 75 mg.
11/11 flu shot

* = sore throat / fever / drainer / cough

**SPEED HEADACHE ASSOCIATES, P.A.**
*Headache Consultants*
11 East Chase Street
Baltimore, Maryland 21202
Office (301) 727-1615
Home (301) 433-4240

NAME: Ann Marie McGenhan
YEAR: 1992

(55)

| BEGINNING DATE EACH WEEK | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. |
|---|---|---|---|---|---|---|---|
| 12/30 | ●← | ○← | | | | | |
| 1/6 | ← | M | M | M | M | M | |
| 1/13 | O↓ | ↓O MSG ↑ | ● 2Tyl ↑ | | | | |
| 1/20 | | ⊗ ↗ 16 | ⊗ 16 ↗ | M ● ↕ | M ●→ | M ⊗→ ↓↙ | M ● |
| 1/27 | | | ⊗ BAGEL | | * | * | |
| 2/3 | | | | | | | |
| 2/10 | | ●← | ●← | | ● ← | ● ↙ | M |
| 2/17 | M | | X↙ 16 | | X 17 18 → | M X 17 18 → ⊗ | M ● ↗ 3T |
| 2/24 | | | | ●↑ IT ← | M ← → | ● ↗ 3T M | M ●↑ 3T |
| 3/2 | M → | M ← | | | | | |
| 3/9 | ●→ ← | ←○ ↗ | ←O ↗ | ←● ↗ | ←● → | ←● | |
| 3/16 | M | M | M | M | M | M | M |
| 3/23 | M | | | | | | |

**MEDICATIONS** (those used only when headache is present; identify by single letter symbol). When medication is used, these symbols are placed in headache box and a number after them to identify how many pills you took.

**KEY FOR HEADACHE INTENSITY:**
⊗ = Severe Incapacitating headache
X = Severe headache (not incapacitating)
● = Moderate headache
○ = Mild or annoying headache

**KEY FOR HEADACHE DURATION**
↔ = More than 1 day
↑ = 8 hours to 1 day
↖ = 4 to 8 hours
↓ = 1 to 4 hours
↙ = Less than 1 hour

M = Menstrual days
V = Virus

**HEADACHE MEDICATIONS** (Taken daily whether or not headache is present)
**DO NOT** symbolize or list in headache box.
Please list below name, strength of tablet and how you are taking it:

* BREAKOUT

# SPEED HEADACHE ASSOCIATES, P.A.
*Headache Consultants*
11 East Chase Street
Baltimore, Maryland 21202
Office (301) 727-1615
Home (301) 433-4240

NAME: Ann Marie Mogenhan
YEAR: 1992

| BEGINNING DATE EACH WEEK | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. |
|---|---|---|---|---|---|---|---|
| 3/3 | | | | | | | |
| 4/6 | | X → 2B | | | | | |
| 4/13 | ● → | ● → | ● → | M X → | ● M → | | |
| 4/20 | X → 2B M → | X → | ● → | X M → | ⊗ 2B → | X → M → | ● M → |
| 4/29 | | | | | | | |
| 5/1 | | | | | | | |
| (5/4) | | | | | | | |

**MEDICATIONS** (those used only when headache is present; identify by a single letter symbol). When medication is used, these symbols are placed in headache box and a number after them to identify how many pills you took.

### KEY FOR HEADACHE INTENSITY
⊗ = Severe incapacitating headache
X = Severe headache (not incapacitating)
● = Moderate headache
O = Mild or annoying headache

### KEY FOR HEADACHE DURATION
↔ = More than 1 day
↑ = 8 hours to 1 day
↑ = 4 to 8 hours
↑ = 1 to 4 hours
↓ = Less than 1 hour
M = Menstrual days

**HEADACHE MEDICATIONS** (Taken daily whether or not headache is present) **DO NOT** symbolize or list in headache box.

Please list below name, strength of tablet and how you are taking it:

**SPEED HEADACHE ASSOCIATES, P.A.**
Headache Consultants
11 East Chase Street
Baltimore, Maryland 21202
Office (301) 727-1615
Home (301) 433-4240

NAME: ANN MARIE MCGEEHAN

YEAR: 1991

(13)

| BEGINNING DATE EACH WEEK | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. |
|---|---|---|---|---|---|---|---|
| 7/1 | | | X 2D ↑← ? | | | C | |
| 7/8 | ● ↓ | ● ↑ ← | X B2 ↑ ← | X B1 ↑ ← | | ⊗ B4 ← M ↑ | ⊗ B4 ←M← ↑ B2 |
| 7/15 | ⊗ B4 ↗ | ● ↑ B2 | ● ↑ B2 | ● ↑ B2 | | | |
| 7/22 | | ● ↑ B2 | ● ↑ B2 | ● | | | |
| 7/29 | | | X ↑ B2 | | | | |
| 8/5 | | ● B1 ↙ M | ● ↑ M | O ↑ M | | | |
| 8/12 | | ⊗ B2 ↑ M | ● O ↑ | ● ↑ ↘ | B1 X ↑ | ⊗ M ↕ B2 | |
| 8/15 | ⊗ M | ⊗ ↗ B2 | X ↑ B2 | ⊗ ↗ B3 | O ↙ B3 | ⊗ ← B6 ↘ M | ⊗ ↑ M |
| 8/26 | | O ↓ | X ↑ B2 | | | | ● |
| 9/2 | | ↑ 36 | ⊗ ↑ | X ↓ | | ● B2 ↗ M | ⊗ ↑ M |
| 9/9 | ⊗ ↕ | X ↗ | ↑ X | X ↑ | X ↙ | | |
| 9/16 | ● ↑ | X ↗ * | | | | | |
| 9/23 | * | | | | | | |

**KEY FOR HEADACHE INTENSI...**
⊗ = Severe incapacitating headache
X = Severe headache (not incapacita...)
● = Moderate headache
O = Mild or annoying headache

**KEY FOR HEADACHE DURATION**
↔ = More than 1 day
↑ = 8 hours to 1 day
↑ = 4 to 8 hours
↑ = 1 to 4 hours
↓ = Less than 1 hour
M = Menstrual days

**HEADACHE MEDICATIONS** (T...
daily whether or not headache is pre...
DO NOT symbolize or list in ...
headache box.
Please list below name, strength of ...
and how you are taking it:

**MEDICATIONS** (those used on...
when headache is present; identify by
single letter symbol). When medicati...
is used, these symbols are pla...
headache box and a number after...
to identify how many pills you took

B - BENADRYL  25 MG

7/9 BEGIN 1½ DESOXYN
7/11 - 7/17 ½ DESOXYN SICK
7/20 STOP DESOXYN
8/13 ...

[ ] → VIRUS HEADACHE
LIFE ...

ALSO ... HEADACHE
7/25 ...
9/14 Began TENORMIN
PAMELOR

**SPEED HEADACHE ASSOCIATES, P.A.**
*Headache Consultants*
11 East Chase Street
Baltimore, Maryland 21202
Office (301) 727-1615
Home (301) 433-4240

NAME: Ann Morgenthan
YEAR: 1991

(5)

| BEGINNING DATE EACH WEEK | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. |
|---|---|---|---|---|---|---|---|
| 9/30 | M | | X→ M→ | ● M→ X→ | O← X M→ → | O← M X→ ● | O M→ X→ |
| 10/7 | | M | ● M→ → | X M→ → | X M→ ● | X→ M ● | → X → ● |
| 10/14 | | M | | | | | |
| 10/21 | | | | | | | |
| 10/28 | | | | | | ⓒ | |
| 11/1 | | | | | | | |
| | | | ⓒ | | ( | ⓒ | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**MEDICATIONS** (those used to when headache is present; identify single letter symbol). When medicine is used, these symbols are placed headache box and a number after th to identify how many pills you too

**KEY FOR HEADACHE INTENSITY**
⊗ = Severe incapacitating headache
X = Severe headache (not incapacita
● = Moderate headache
O = Mild or annoying headache

**KEY FOR HEADACHE DURATION**
↔ = More than 1 day
↑ = 8 hours to 1 day
← = 4 to 8 hours
→ = 1 to 4 hours
↓ = Less than 1 hour

M = Menstrual days

**HEADACHE MEDICATIONS** (Tal daily whether or not headache is pres DO NOT symbolize or list in headache box.
Please list below name, strength of ta and how you are taking it;

10/9 Biofeedback started

**SPEED HEADACHE ASSOCIATES, P.A.**
*Headache Consultants*
11 East Chase Street
Baltimore, Maryland 21202
Office (301) 727-1615
Home (301) 433-4240

NAME: Ann Mogenhan
YEAR: 1991

| BEGINNING DATE EACH WEEK | MON. | TUES. | WED. | THURS. | FRI. | SAT. | SUN. |
|---|---|---|---|---|---|---|---|
| 12/31 | | | | | | | |
| 1/7 | X → | X → | RASH/ITCH | | | | |
| 1/14 | X → | X → | X → | ⊗ → 2B | X → 1B | | |
| 1/21 | | | X ← 1B | X ← | X → | ⊗ ← 1B | |
| 1/28 | ⊗ → 2B | M ↑ O | M ↑ O | M | M | M ↑ | |
| 2/4 | ⊗ → | ⊗ → 2B | O → | → O ⊗ | ● | → nose bleed headcold → | |
| 2/11 | ← nose bleed headcold | | | ⊗ ← → | ⊗ ↑ 2B Rash | | |
| 2/18 | | | | | | | |
| 2/25 | | | | | | | |
| (31) | | | | | | | |

MEDICATIONS (those used only when headache is present; identify by a single letter symbol). When medication is used, these symbols are placed in headache box and a number after them to identify how many pills you took.

**KEY FOR HEADACHE INTENSITY**
⊗ = Severe incapacitating headache
X = Severe headache (not incapacitating)
O = Moderate headache
● = Mild or annoying headache

**KEY FOR HEADACHE DURATION**
↔ = More than 1 day
↑ = 8 hours to 1 day
↕ = 4 to 8 hours
↨ = 1 to 4 hours
↓ = Less than 1 hour
M = Menstrual days

**HEADACHE MEDICATIONS** (Taken daily whether or not headache is present)
DO NOT symbolize or list in headache box.
Please list below name, strength of tablet and how you are taking it: