Civil Judgment (Rev. DC 03/2010)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

Plaintiff(s)

V.

Civil Action No.

Defendant(s)

## JUDGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the Court and a Jury, before the Honorable _____ , Judge presiding, and the issues having been duly tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

have and recover of and from the defendant(s):

the sum of

together with costs.

ANGELA D. CAESAR, Clerk

Dated:_____    By:_____
                                   Deputy Clerk